## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

| | | |
|---|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | § § § | **PLAINTIFF** |
| v. | § § | **Civil No. 2:23-cv-179-HSO-BWR** |
| LAQUNTA GHOLAR, BLAKE WILLIAMS, CORY WILLIAMS, LONDON WILLIAMS, and THE ESTATE OF JUSTIN WILLIAMS | § § § § § | **DEFENDANTS** |

### FINAL JUDGMENT

In accord with the Court's Order issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Judgment is entered in favor of Defendant Laqunta Gholar, and that she is entitled to the proceeds of the life insurance policy at issue in this case.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 3rd day of February, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE