# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

| | | |
|---|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | § § § | PLAINTIFF |
| v. | § | Civil No. 2:23-cv-179-HSO-BWR |
| LAQUNTA GHOLAR, BLAKE WILLIAMS, CORY WILLIAMS, LONDON WILLIAMS, and THE ESTATE OF JUSTIN WILLIAMS | § § § § § | DEFENDANTS |

## ORDER DIRECTING DISBURSEMENT OF FUNDS

On February 3, 2025, this Court entered a Final Judgment [32] in the above captioned matter in favor of Defendant Laqunta Gholar. The Clerk of Court is currently in possession of the disputed funds in the amount of $55,000.00. These funds have been accruing interest. No appeal of this decision has been filed by any of the other Defendants within the time limits allowed by the rules.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the Clerk of Court shall disburse to Laqunta Gholar the sum of $55,000.00, including all accrued interest, through the date of this Order.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, the Clerk is authorized to disburse those funds in one check addressed to Laqunta Gholar, and mailed to her attorney, John L. Scarborough, 1675 U.S. Highway 80 East, Flowood, Mississippi 39232.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, Laqunta Gholar shall provide to the Clerk of Court her social security number and current mailing address for the 1099 tax form.

**SO ORDERED AND ADJUDGED**, this the 7th day of March, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE